1016

[No. 25306-6-III. Division Three. October 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL SOTO, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-1-00407-1, Carrie L. Runge, J., entered June 7, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 58284-4-I. Division One. October 29, 2007.]

WILLIAM E. LIPSCOMB, *Appellant*, v. FARMERS INSURANCE COMPANY OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-14642-7, Michael S. Spearman, J., entered April 27, 2006. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Baker, JJ. Now published at 142 Wn. App. 20.

[No. 58544-4-I. Division One. October 29, 2007.]

TANYA GREGOIRE, as *Guardian and as Personal Representative, Appellant*, v. THE CITY OF OAK HARBOR, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 02-2-00360-0, Alan R. Hancock, J., entered July 7, 2006. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Agid, JJ.

[No. 58766-8-I. Division One. October 29, 2007.]

TYLER L. CAMPBELL ET AL., *Appellants*, v. MARK A. JOHNSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-05798-0, John P. Erlick, J., entered August 21, 2006. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Baker, JJ.